UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| **RICHARD ABBOTT**, | ) |
|     Plaintiff, | ) |
| **v.** | ) |
| | )   C.A. NO. 03-10443-WGY |
| **JANE RABE** & MICHAEL FREDRICKSON | ) |
|     Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

NOW come the defendants MICHAEL FREDRICKSON and JANE RABE and move, pursuant to FED. R. Civ. P. 12(b)(6), to dismiss this action. Plaintiff RICHARD ABBOTT, a resident of New York, has brought this diversity action against the defendants, who are the General Counsel to the Massachusetts Board of Bar Overseers and an Assistant Bar Counsel in the Office of the Bar Counsel respectively, complaining that the prosecution of his suspension from the practice of law violated his rights under the United States Constitution--specifically, his 5th and 14th Amendment to due process and his 6th Amendment right to effective assistance of counsel--and that the defendants also committed a number of common law torts. Abbott seeks on these accounts compensatory and punitive damages, plus

interests and costs, and attorneys' fees under 42 U.S.C. § 1988.

As fully set forth in the accompanying Memorandum, this Court should dismiss Abbott's complaint on grounds of: (A) the Eleventh Amendment; (B) absolute immunity; (C) res judicata; and (D) Rooker-Feldman. It should further: (E) award Fredrickson and Rabe their reasonable attorneys' fees and costs incurred in defending against this action.

>       DEFENDANTS JANE RABE and MICHAEL
>       FREDRICKSON,
>
>       By their Attorneys,
>
>       THOMAS F. REILLY
>       Attorney General
>
>       _____
>       Charles M. Wyza    i
>       Assistant Attorney General
>       B.B.O. No. 536040
>       One Ashburton Place
>       Boston, MA. 02108
>       Tel.No. (617) 727-2200

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail.-(bytzhatd)
on 7/?z- cj