UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| **RICHARD ABBOTT,** | ) |
|     **Plaintiff,** | ) |
| **v.** | ) |
| | )    **C.A. NO. 03-10443-WGY** |
| **JANE RABE** & **MICHAEL FREDRICKSON** | ) |
|     **Defendants.** | ) |

---

### **DEFENDANTS' MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS**

NOW come the defendants Michael Fredrickson and Jane Rabe and, pursuant to FED. R. Civ. P. 54(d), move for attorneys' fees and costs.  As more fully set forth in the accompanying Defendants' Memorandum In Support Of Their Motion To Dismiss, plaintiff Richard Abbott's action is "frivolous, unreasonable, or without foundation." Accordingly, the defendants are entitled to their reasonable attorneys' fees pursuant to 42 U.S.C. § 1988. As itemized in the accompanying affidavit of the undersigned, these fees amount to two thousand seven hundred and seventy-three (2,773) dollars.

-2-

        DEFENDANTS JANE RABE and MICHAEL FREDRICKSON,

        By their Attorneys,

        THOMAS F. REILLY
        Attorney General

        _____
        Charles M. Wyza
        Assistant Attorney General
        B.B.O. No. 536040
        One Ashburton Place
        Boston, MA. 02108
        Tel.No. (617) 727-2200

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by4med)-

n "1, Z, U cl  _____