UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

**RICHARD ABBOTT,**                    )

    Plaintiff,                   )

**v.**                                 )
                                              **C.A. NO. 04-10777-PBS**

**JANE RABE & MICHAEL FREDRICKSON**    )

    **Defendants.**              )


## DEFENDANTS' 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, Charles M. Wyzanski hereby certifies that as counsel to defendants he has conferred with, and attempted in good faithto resolve or narrow the issues in the above-referenced case. Specifically, as set forth in his Affidavit, Wyzanski spoke on the telephone with the _pro_ se plaintiff Richard Abbott on at least two occasions.  The issues were discussed and legal citations and documents exchanged.  However, the issues in the above-referenced case could not be resolved or the issues narrowed.

-2-

DEFENDANTS JANE RABE and MICHAEL FREDRICKSON,

By their Attorneys,

THOMAS F. REILLY
Attorney General

_____
Charles M. Wyza
Assistant Attorney General
B.B.O. No. 536040
One Ashburton Place
Boston, MA. 02108
Tel.No. (617) 727-2200


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by maiijby ⁻haRd)

on