AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Abbott

V.

Rabe, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04cv10777 NMG

TO: (Name and address of Defendant)

Jane Rabe
Board of Bar Overseers
75 Federal St.
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard Abbott
72-11 Austin St. #321
Forest Hills, NY 11375
(917)(971)-5005

an answer to the complaint which is served on you with this summons, within __80__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    5/27/04

CLERK                                           DATE

(By) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

June 10, 2004

*Suffolk, ss.*

I hereby certify and return that on 6/10/2004 at 2:40:00 PM I served a true and attested copy of the Summons and Amended Complaint in this action in the following manner: To wit, by delivering in hand to Heather Mullins, Receptionist, for Jane Rabe, at Board of Bar Overseers, 99 High Street, Boston, MA. Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $37.00

Deputy Sheriff   John Cotter

_____
Deputy Sheriff