Clerk of Courts
U.S. District Court
District of Massachusetts
One Courthouse Way
Boston, MA

RE: NOTICE OF CHANGE OF ADDRESS,
 C.A. 04-10777 NMG
 ABBOTT V. RABE & FREDRICKSON

Dear Sir/Madam:

Please be informed that I have changed my address from Forest Hills, NY to

Richard Abbott
1426 Hartford Ave.
#6
Johnston, RI 02919
401 230-6758

Thank you for your attention to this matter.

Sincerely,

*Richard Abbott*

Richard Abbott, Pro Se Plaintiff


cc  Charles Wyzanski, AAG