UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD ABBOTT,
    Plaintiff,

v.                                        C.A. 04-10777-NMG

JANE RABE & MICHAEL
FREDRICKSON,
    Defendants

## AGREED UPON MOTION FOR A REHEARING

Pursuant to local Federal rule 7.1 (a) (2) the counsels have conferred and Defendants counsel upon hearing the circumstances of the situation has not opposed a rehearing on the Motion to Dismiss (see attached affidavit) (see attached memorandum).

For the Plaintiff, Pro Se

*/s/ Richard Abbott*

Richard Abbott
1426 Hartford Ave.
#6
Johnston, RI 02919
(401) 230-6758

### Certification

I certify that on Tuesday, January 11, 2005 I sent a true copy of the above along with supporting affidavit, memorandum and exhibits to Defendants' attorney, Charles Wyzanski at Attorney General's Office, One Ashburton Place, Boston, MA 02114, first class mail, postage prepaid.

*/s/ Richard Abbott*