UNITED STATES DISTRICT COURT        FILED
DISTRICT OF MASSACHUSETTS   IN CLERKS OFFICE

RICHARD ABBOTT,
        Plaintiff,

                                           2005 JAN 19 P 2: 56

v.                          C.A. 04-10777-NMG     U.S. DISTRICT COURT
                                                  DISTRICT OF MASS.

JANE RABE & MICHAEL
FREDRICKSON,
        Defendants


NOTICE OF ADDRESS CHANGE

Now comes the Plaintiff in the above captioned case to inform the court his

address has been changed when the postal maintenance man, without knowledge or

authorization of his supervisors, changed the locks and numbers of the mailbox column

of the office building at which the Plaintiff rents an office.  The new address is:

Richard Abbott
1426 Hartford Ave.
#109
Johnston, RI 02919

Sincerely,

Richard Abbott
1426 Hartford Ave.
#109                               January 19, 2005
Johnston, RI 02919
(401) 230-6758

cc AAG Charles Wyzanski