# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Richard Abbott,
       Plaintiff

    V.

Jane Rabe and Michael Frederickson,
       Defendants

CIVIL ACTION

NO.   04-10777-NMG

## ORDER OF DISMISSAL

Gorton, D. J.

In accordance with the Court's adoption of Report and Recommendation (docket no. 18, Dein, U.S.M.J.) granting defendant's motion to dismiss (docket no. 4) it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

3/17/2005
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismissal Memo.wpd - 12/98)