```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
_____
                                   )
RICHARD ABBOTT,                    )
                                   )
     Plaintiff,                    )
                                   )
v.                                 )
                                   )  C.A. NO. 04-10777-NMG
JANE RABE & MICHAEL FREDRICKSON    )
                                   )
     Defendants.                   )
_____)
```

**SUPPLEMENTAL AFFIDAVIT OF CHARLES M. WYZANSKI**

I, Charles M. Wyzanski, hereby depose and swear:

The statements made in this affidavit are based on my personal knowledge.

1. In addition to the 9.5 hours itemized in my earlier affidavit, I expended an additional 6 hours in preparing for, attending, and then arguing defendants' Motion To Dismiss and Motion For Attorneys' Fees and Costs, as further itemized below.

```
   Preparing for argument of the motions (1/7/05)   1.0 hr.
   Attending the motion session (1/7/05) at which
          Plaintiff failed to appear                 1.5 hr.
   Preparing for argument of the motions (1/28/05)   .5 hr.
   Attending the motion session and arguing the
          Motions                                    2.5 hr.
   Supplemental Affidavit of Charles M. Wyzanski     .5 hr.
```

2. At billing rate of $250/hr. now approved by the Court, multiplied by the 11 hours itemized in my earlier affidavit plus the 6 hours above, Fredrickson and Rabe are entitled to a total of $4,250 in attorneys' fees, plus

-2-

costs of $23 for faxing 23 pages to Mr. Abbott in Forrest Hills, New York, or a total of $4,273.

Signed under pains and penalties of perjury this ___ day of March 18, 2005.

                                       /s/Charles M. Wyzanski
                                       Charles M. Wyzanski