UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
RICHARD ABBOTT,                    )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )
                                   )   C.A. NO. 04-10777-NMG
JANE RABE & MICHAEL FREDRICKSON    )
                                   )
        Defendants.                )
                                   )
```

## SUPPLEMENTAL AFFIDAVIT OF CHARLES M. WYZANSKI

I, Charles M. Wyzanski, hereby depose and swear:

The statements made in this affidavit are based on my personal knowledge.

1.  In addition to the 9.5 hours itemized in my earlier affidavit, I expended an additional 6 hours in preparing for, attending, and then arguing defendants' Motion To Dismiss and Motion For Attorneys' Fees and Costs, as further itemized below.

```
Preparing for argument of the motions (1/7/05)   1.0 hr.
Attending the motion session (1/7/05) at which
    Plaintiff failed to appear                   1.5 hr.
Preparing for argument of the motions (1/28/05)   .5 hr.
Attending the motion session and arguing the
    Motions                                      2.5 hr.
Supplemental Affidavit of Charles M. Wyzanski     .5 hr.
```

2.  At billing rate of $250/hr. now approved by the Court, multiplied by the 11 hours itemized in my earlier affidavit plus the 6 hours above, Fredrickson and Rabe are

-2-

entitled to a total of $4,250 in attorneys' fees, plus costs of $23 for faxing 23 pages to Mr. Abbott in Forrest Hills, New York, or a total of $4,273.

Signed under pains and penalties of perjury this 15th day of March 18, 2005.

/s/Charles M. Wyzanski
Charles M. Wyzanski

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on March 15 2005