UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD ABBOTT,<br><br>　　Plaintiff,<br><br>v.<br><br>JANE RABE & MICHAEL FREDRICKSON<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. NO. 04-10777-NMG<br>)<br>)<br>)<br>) |

## JUDGMENT ON DECISION BY THE COURT

This action came on for hearing before the Honorable Judith G. Dein, Magistrate Judge on January 28, 2005. On March 3, 2005, a Report and Recommendation entered allowing defendants' Motion To Dismiss and Motion For Reasonable Attorneys' Fees and Costs. On March 17, 2005, the Honorable Nathaniel M. Gorton, District Judge, adopted the Report and Recommendation and entered an Order of Dismissal. It is now further ordered that the defendants recover $4,250 in attorneys' fees and $23 in costs, or a total of $4,273.

　　　　Dated at Boston, Massachusetts, this _____ day of _____, 2005

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Clerk of Court